**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01450-CMA-BNB

JESSICA KOPECKY,

    Plaintiff,

v.

WEST ASSET MANAGEMENT, INC., a Delaware corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

The Court having reviewed Plaintiff's Notice of Dismissal (Doc. # 11) pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), and being fully advised in the premises, hereby

ORDERS that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

DATED: July __12__, 2011

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Court Judge